1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814-2322
4  Telephone: (916) 554-2700
5
6  Attorneys for Defendant
7
                    IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10  LISA MONAGHAN,
11           Plaintiff,                       CASE NO. **2:03-CV-02019-KJM**
12
13   v.                                       STIPULATION AND ORDER
                                              SETTLING ATTORNEY'S FEES
14  JO ANNE B. BARNHART,                      PURSUANT TO THE EQUAL
     Commissioner of                          ACCESS TO JUSTICE ACT
15   Social Security,
16           Defendant.
17
18        IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,
19
20  subject to the approval of the Court, that counsel for Plaintiff be awarded attorney's fees under the
21  Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND FOUR HUNDRED AND
22  00/100 DOLLARS ($4,400.00).  This amount represents compensation for legal services rendered on
23  behalf of Plaintiff by Plaintiff's attorney in accordance with 28 U.S.C. § 2412(d).
24
25        This stipulation constitutes a compromise settlement of Plaintiff's request for all fees and costs
26  under the EAJA, and does not constitute an admission of liability on the part of Defendant under the
27  EAJA.  Payment of the FOUR THOUSAND FOUR HUNDRED AND 00/100 DOLLARS
28

                                              1

($4,400.00) in fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees and costs in connection with this action.

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: December 6, 2005              _/s/ Bess M. Brewer_____
                                    BESS M. BREWER

                                    Attorney for Plaintiff


DATED: December 6, 2005              McGREGOR W. SCOTT
                                    United States Attorney


                                By: _/s/ Bobbie J. Montoya_____
                                    BOBBIE J. MONTOYA
                                    Assistant U. S. Attorney

                                    Attorneys for Defendant

OF COUNSEL

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

SHARON SANDS
Assistant Regional Counsel

U. S. Social Security Administration

Re:  LISA MONAGHAN v. JO ANNE B. BARNHART, Case No. 2:03-CV-02019-KJM, Stipulation and Order Settling
Attorney's Fees Pursuant to the Equal Access to Justice Act

1
2
3                              _____oOo_____
4
5  _____  **ORDER**
6
7       **Upon stipulation of the parties, plaintiff in CASE NO. 2:04-CV-02019-KJM, <u>LISA</u>**
8  **<u>MONAGHAN v. Jo Anne B. Barnhart</u>, is hereby awarded attorney fees in the amount of**
9  **$4,400.00, as provided by the Equal Access to Justice Act.**
10
11      **APPROVED AND SO ORDERED.**
12
13  **DATED:  December 7, 2005.**
14
15  _____
16        **UNITED STATES MAGISTRATE JUDGE**
17
18
19
20
21
22
23
24
25
26
27
28