IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LISA MONAGHAN,

     Plaintiff,                   No. CIV 03-2019 KJM

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,     ORDER

     Defendant.

_____/

Based on 42 U.S.C. § 406(b), counsel for plaintiff in the above-entitled action seeks an award of attorney fees in the amount of $7,086.68 less $4,400.00 for EAJA fees already awarded. Plaintiff's counsel has not submitted a contemporaneous log of hours claimed and a justification for the hourly rate requested, as required under the scheduling order. In the absence of such evidence, the court cannot assess the reasonableness of the fee requested. See Gisbrecht v. Barnhart, 535 U.S. 789, 808-09 (2002) ("We hold that § 406(b) does not displace contingent-fee agreements within the statutory ceiling; instead, § 406(b) instructs courts to review for reasonableness fees yielded by those agreements.").

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that within ten days from the date of
2 this order plaintiff's counsel shall submit a contemporaneous log of hours claimed and a
3 justification for the hourly rate requested.
4 DATED: September 14, 2006.

```
                                        _____
                                        UNITED STATES MAGISTRATE JUDGE
```

006
monaghan.fee